**FILED & ENTERED**

**SEP 04 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br>MARSHALL SAMUEL SANDERS,<br>　　Debtor. | Chapter 13<br>BK. No.　8:15-13011-ES |
| MARSHALL SAMUEL SANDERS,<br>　　Plaintiff,<br>　　v.<br>COUNTRYWIDE BANK, NA, et al.<br>　　Defendant(s). | ADV. No. 8:15-01319-ES<br><br>**ORDER DISMISSING ADVERSARY COMPLAINT**<br><br><u>Status Conference</u><br><br>Date:　October 22, 2015<br>Time:　9:30 a.m.<br>Place:　Courtroom 5A |

　　It appearing that:

1. Debtor filed a Chapter 13 petition on June 15, 2015;

2. Debtor commenced the above-entitled adversary case by filing a complaint on July 29, 2015 (the "Adversary");

3. A summons was issued in the Adversary on July 31, 2015, which set an initial status conference date of October 22, 2015;

4. Debtor filed an amended complaint in the above-entitled adversary on August 24, 2015;

5. The amended complaint alleges claims under non-bankruptcy law;

6. Debtor's bankruptcy case was dismissed with a 180 day bar to refiling pursuant to §109(g) pursuant to an order entered on August 26, 2015;

IT IS HEREBY ORDERED, that in light of dismissal of the bankruptcy case on August 26, 2015, the above-captioned adversary proceeding is also dismissed as this court no longer has jurisdiction to adjudicate the claims.

**###**

Date: September 4, 2015

Erithe Smith
United States Bankruptcy Judge